IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIE C. HALL,

        Appellant,

        Case No.  5D22-139

v.        LT Case No. 2003-CF-2008-C

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 10, 2022

3.800 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Willie C. Hall, Miami, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kellie A. Nielan
Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

        AFFIRMED.

WALLIS, HARRIS and WOZNIAK, JJ., concur.